**STATEMENT OF FACTS**

      On Wednesday, May 3, 2006, at about 7:40 p.m., sworn officers with the Metropolitan Police Department's Narcotics Branch executed a D.C. Superior Court search warrant at xxxx x$^{xx}$ Xxxxxx, X.X., Xxxxxxxxx x, Xxxxxxxxxx, X.X.  After gaining entry, officers found the defendant, Tajsha Wasi, in a bedroom with 2 children.  During the search, officers recovered a clear plastic bag containing 322 grams of green weed-like substance, a hand rolled cigar containing a green weed-like substance, a small plastic bag containing a green weed-like substance, 162 ziplock bags containing a white powder substance which field tested positive for heroin, 30 pills which field tested positive for ecstasy, 73 ziplock bags containing a white rock substance which field tested positive for cocaine, and a clear plastic bag containing larger ziplock bags, each containing approximately 3.5 grams of a white rock-like substance.  Also recovered from the apartment was a loaded Smith and Wesson .380 caliber semi-automatic pistol, an additional .380 caliber magazine containing 6 rounds of ammunition, personal papers in the defendant's name, 2 bullet-proof vest, scales, numerous pyrex bowls, empty ziplock bags, photographs, drug paraphernalia, and $6,180.00 in U.S. Currency.  The defendant is the lessee of the apartment. Officers placed the defendant under arrest.  The white rock-like substance appeared to be crack cocaine.  A portion of the white rock-like substance field tested positive for cocaine, a portion of the white powder substance field tested positive for opiates, and a portion of the green weed-like substance field tested positive for THC.  The approximate weight of the suspected crack cocaine was 60 grams, which is an amount commonly indicating the suspected crack cocaine was going to be sold to others rather than used exclusively by the defendant.

                                  DETECTIVE WILLIAM WITKOWSKI
                                  NARCOTICS SPECIAL INVESTIGATION DIVISION,
                                  METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME
ON THIS ____ DAY OF MAY, 2006.

                                  U.S. MAGISTRATE JUDGE