UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | : Criminal No.: 06-192M (AK) |
| v. | : |
| | : |
| **TAJSHA WASI** | : |
| | : |
| **Defendant.** | : |

### PRAECIPE

The clerk of the Court will please enter the appearance of **Antoini M. Jones, Esquire,** as counsel for the **Defendant,** in the above-captioned case.

Respectfully submitted,

/s/Antoini M. Jones
**Antoini M. Jones, Esquire**
Bar No. 428159
6811 Kenilworth Avenue
Suite 210
Riverdale, Maryland 20737
(301) 277-0770
**Attorney for Defendant**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that, on this __31st__ day of __May__, 2006, a copy of the foregoing **Line** was hand-delivered, to Angela S. George, Esquire, Felony Branch, United States Attorneys Office, 555 Fourth Street, NW, Washington, DC 20530.

/s/Antoini M. Jones
**Antoini M. Jones, Esquire**